## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD BATDORF, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 13-0316-CG-B |
| ATHENS ARCHERY, INC., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order granting the Defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Athens Archery, Inc., and against Plaintiff, Richard Batdorf. It is, therefore, **ORDERED** that Plaintiff's complaint is hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 8th day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE